ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Worldwide Enterprise, LLC | ) ASBCA No. 62553-ADR |
| | ) |
| Under Incentive Agreement No.  IAN-1904-13 | ) |
|    Distribution and Pricing No.  SP0200-18-H-0020 | ) |

APPEARANCES FOR THE APPELLANT:           Hal J. Perloff, Esq.
                                            George E. Stewart, Esq.
                                             Husch Blackwell LLP
                                           Washington, D.C.

APPEARANCES FOR THE GOVERNMENT:      Daniel K. Poling, Esq.
                                           DLA Chief Trial Attorney
                                           Steven C. Herrera, Esq.
                                           Katherine B. McCulloch, Esq.
                                         J. Maxwell Carrion, Esq.
                                           Lindsay A. Salamon, Esq.
                                         Trial Attorneys
                                         DLA Troop Support
                                         Philadelphia, PA

<u>ORDER OF DISMISSAL</u>

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  July 1, 2021

DAVID B. STINSON
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62553-ADR, Appeal of Worldwide Enterprise, LLC, rendered in conformance with the Board's Charter.

Dated: July 1, 2021

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals